

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 2:26-cr-00031
                                                26 U.S.C. § 7206(1)

MICHAEL GRAVES

I N F O R M A T I O N

The United States Attorney Charges:

On or about November 15, 2021, at or near Charlton Heights and Fayetteville, Fayette County, West Virginia, in the Southern District of West Virginia, defendant MICHAEL GRAVES willfully made and subscribed a false Form 1040, U.S. Individual Income Tax Return, for 2016, which was verified by a written declaration that it was made under penalties of perjury, and which he did not believe to be true and correct as to every material matter. That tax return reported on line 22 (total income) that defendant MICHAEL GRAVES had a total income of $816.00, whereas, as MICHAEL GRAVES then and there knew, the correct taxable income that should have been reported was approximately $427,256.00.

In violation of Title 26, United States Code, Section 7206(1).

UNITED STATES OF AMERICA

MOORE CAPITO
United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney